UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

UNITED STATES OF AMERICA,

        Plaintiff,     **DEFAULT JUDGMENT**

  vs.

                                  **1:10-cv-01851-LJO-SKO**

LUEY MITH,

        Defendant.

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of Plaintiff United States of America and against Defendant Luey Mith in the amount of $10,646.32.

Date: January 10, 2011

                              Victoria C. Minor, Clerk

                              By C. Marrujo, Deputy Clerk

dfltjgm